IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| **JEFFERY TABB,** | : | |
| | : | |
| **Plaintiff** | : | |
| | : | |
| VS. | : | |
| | : | CIVIL No: 5:24-CV-00166-CAR-CHW |
| **Deputy Warden C. WASHINGTON,** | : | |
| | : | PROCEEDINGS UNDER 42 U.S.C. §1983 |
| **Defendant** | : | BEFORE THE U. S. MAGISTRATE JUDGE |

## ORDER

*Pro se* Plaintiff Jeffery Tabb, an inmate at Hancock State Prison in Sparta, Georgia has filed a civil rights complaint under 42 U.S.C. § 1983. ECF No. 1. Plaintiff has also filed a statutorily insufficient motion for leave to proceed *in forma pauperis*. ECF No. 2.

A prisoner seeking to proceed *in forma pauperis* must provide the district court with both (1) an affidavit in support of his claim of indigence and (2) a certified copy of his "trust fund account statement (or institutional equivalent) for the 6-month period immediately preceding the filing of the complaint". 28 U.S.C. § 1915(a)(2).

It appears Plaintiff completed the Court's Account Certification Form himself, rather than having a prison official do so. *See* ECF No. 2 at 4. Plaintiff has also failed to submit an account statement completed by a prison official showing his transactions for the previous six months, as required by the statute. Accordingly, Plaintiff is **ORDERED** to file a certified account statement completed by a prison official and a copy of his inmate trust account for the preceding six months so that the Court may properly evaluate his motion to proceed *in forma pauperis*.

The **CLERK** is **DIRECTED** to forward an account certification form to Plaintiff along with his service copy of this Order (with the case number showing on both). Plaintiff shall have **FOURTEEN (14) DAYS** from the date shown on this order to file a certified account statement completed by a prison official and a copy of his inmate trust account for the preceding six months. Failure to fully and timely comply with this Order may result in the dismissal of Plaintiff's complaint. There shall be no service in this case pending further order of the Court.

**SO ORDERED and DIRECTED**, this 24th day of June, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge