# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **JEFFERY TABB,** : | |
| : | |
| **Plaintiff** : | |
| : | |
| VS. : | |
| : | Civil No: 5:24-CV-00166-CAR-CHW |
| **Deputy Warden C. WASHINGTON,** : | |
| : | |
| **Defendant** : | |

## ORDER

*Pro se* Plaintiff Jeffery Tabb, a prisoner at Hancock State Prison in Sparta, Georgia, filed a 42 U.S.C. § 1983 civil rights complaint. ECF No. 1. Plaintiff also filed a motion for leave to proceed *in forma pauperis*. ECF No. 2. On June 24, 2024, Plaintiff was ordered to submit a certified copy of his inmate trust account statement for the preceding six months in support of his motion to proceed *in forma pauperis* as mandated by 28 U.S.C. § 1915(a)(2). ECF No. 4. Plaintiff was given fourteen (14) days to respond and was informed that failure to comply with an order of the Court could result in dismissal of this action. *Id*. Plaintiff failed to respond.

Therefore, on July 25, 2024, the Court notified Plaintiff that it had not received the certified account statement as ordered. ECF No. 6. The Court ordered Plaintiff to show cause why this action should not be dismissed for failure to comply with the Court's previous order. *Id*. The Court unambiguously informed Plaintiff that this action would be dismissed if he failed to comply with this Court's orders. *Id*. Plaintiff was given

fourteen (14) days to respond. *Id*. Plaintiff once again did not respond.

Because Plaintiff has failed to comply with the Court's orders or otherwise prosecute his case, this complaint is **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to obey a court order.") (citing Fed. R. Civ. P. 41(b) and *Lopez v. Aransas Cty. Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

**SO ORDERED,** this 22nd day of August, 2024.

s/ C. Ashley Royal

C. ASHLEY ROYAL, JUDGE
UNITED STATES DISTRICT COURT