IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JEFFERY TABB, | * |
| Plaintiff, | * |
| v. | Case No. 5:24-cv-00166-CAR-CHW |
| | * |
| DEPUTY WARDEN C WASHINGTON, | |
| | * |
| Defendant. | |
| _____ | * |

## **J U D G M E N T**

Pursuant to this Court's Order dated August 22, 2024, and for the reasons stated therein, JUDGMENT is hereby entered dismissing this case. Plaintiff shall recover nothing of Defendant.

This 22nd day of August, 2024.

David W. Bunt, Clerk

s/ Erin Pettigrew, Deputy Clerk